**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

REBECCA JUNE GRAY                                                                                                    PLAINTIFF

v.                                              No. 3:10CV00210 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the decision of the Commissioner of the Social Security Administration is affirmed.

IT IS SO ORDERED this 16h day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE